# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COURTNEY ANGELIQUE GRIFFIN

VERSUS

VERNAL LEE GRIFFIN

NO.  2024 CW 0516

**AUGUST 23, 2024**

---

In Re:   Vernal Griffin, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, Nos. 234216, 233494.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT